◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN W. EVANS, Appellant. [26 NYS3d 692]—Order, Supreme Court, New York County (Cassandra M. Mullen, J.), entered on or about August 2, 2011, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The alleged mitigating factors were outweighed by, among other things, the seriousness of the underlying offense, the victim's age and defendant's significant criminal record. Concur—Tom, J.P., Acosta, Renwick and Moskowitz, JJ.